UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                            :

EDERY HERRERA, *On Behalf Of Himself*
*And All Other Persons Similarly Situated*,   :

                                    Plaintiff,     :           24-CV-1814 (VSB)

                           -against-              :           **ORDER**

AVI ATHLETICS LLC,                            :

                           Defendant.    :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: June 20, 2024
       New York, New York

                                                                   _____
                                                                   Vernon S. Broderick
                                                                   United States District Judge